No. 74–5359. Fonseca v. United States. C. A. 5th Cir. Certiorari denied.

No. 74–5360. Pecina v. United States. C. A. 8th Cir. Certiorari denied.

No. 74–5365. Wentz et al. v. Maryland. Ct. Sp. App. Md. Certiorari denied.

No. 74–5370. Gong v. United States. C. A. 9th Cir. Certiorari denied.

No. 74–5406. Callahan v. New York. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 74–5442. Moynier v. Valuch et al. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 74–5456. Conner v. DeRamus, Correctional Superintendent. C. A. 3d Cir. Certiorari denied.

No. 74–5457. Agur v. Wilson, Governor of New York, et al. C. A. 2d Cir. Certiorari denied.

No. 74–5462. Gibson v. Henderson, Warden. C. A. 5th Cir. Certiorari denied.

No. 74–5463. Miller v. Maryland. Crim. Ct. Baltimore City, Md. Certiorari denied.

No. 74–5464. Bennett v. Michigan. Ct. App. Mich. Certiorari denied.

No. 74–5467. Raymond v. Johnson, Correctional Superintendent. C. A. 3d Cir. Certiorari denied.

No. 74–5471. Sedillo, aka Baylors v. New Mexico. Sup. Ct. N. M. Certiorari denied.